IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-01199-RPM

STEVEN M. BINGER,

     Plaintiff,

v.

ADVANCED PLUMBING & HEATING, INC.,

     Defendant.

_____

ORDER TO SUPPLEMENT PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE
_____

     On March 21, 2006, the plaintiff was ordered to show cause why this civil action should not be dismissed for failure to prosecute.  The plaintiff filed a response on March 28, 2006, informing that the bankruptcy of Defendant Advanced Plumbing & Heating, Inc., is still pending and that the plaintiff filed a proof of claim in that Chapter 7 bankruptcy proceeding in which there are believed to be assets that may be distributed among creditor claims.  There is no indication in the plaintiff's response as to whether his proof of claim in the bankruptcy proceeding has been allowed or contested.  Apparently, the plaintiff has elected to proceed in the bankruptcy court rather than obtaining relief from the stay to permit further proceedings in this civil action.  There is no indication in the plaintiff's response that any further relief in this court will be available upon closure of the bankruptcy estate.  It is therefore

     ORDERED that the plaintiff will supplement his response to the order to show cause to provide additional information.

DATED: April 6th , 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge