IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-01199-RPM

STEVEN M. BINGER,

     Plaintiff,

v.

ADVANCED PLUMBING & HEATING, INC.,

     Defendant.

_____

ORDER VACATING DISMISSAL OF MOTION TO RECONSIDER MAGISTRATE JUDGE'S ORDER
_____

     On April 6, 2006, this Court entered an order dismissing the motion of Brega & Winters, P.C., to reconsider the order of Magistrate Judge Boland directing payment of $6,656.00 to Pro Plumbing, LLC, for failure to submit a transcript of the magistrate judge's ruling.  On April 13, 2006, Charles F. Brega filed a motion to reconsider that order, informing that the law firm of Brega & Winters ceased operations in May, 2004, and of other circumstances surrounding the appearances of various counsel for the defendant Advanced Plumbing & Heating, Inc., in the course of this litigation.  Most importantly, Mr. Brega advised that a transcript of the proceedings before Magistrate Judge Boland was filed with the clerk of this court on July 9, 2003.  Because this Court's order of April 6 was entered in error because a transcript had been filed, unknown to the undersigned judge, and because the order to show cause of March 21, 2006, did not reach Mr. Brega in time for a timely response, it is

     ORDERED that the order of April 6, 2006, dismissing the motion to reconsider is

vacated and it is

 FURTHER ORDERED a hearing on the motion to reconsider will be scheduled.

 DATED: April 17th , 2006

      BY THE COURT:

      s/Richard P. Matsch

      _____
      Richard P. Matsch, Senior District Judge

I hereby certify that a copy of the foregoing was mailed to the following on April ___, 2006: