IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-01199-RPM

STEVEN M. BINGER,

     Plaintiff,

v.

ADVANCED PLUMBING & HEATING, INC.,

     Defendant.
_____

ORDER SETTING TIME FOR SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE
_____

     On April 6, 2006, an order entered requiring the plaintiff to supplement his response to the Order to Show Cause of March 21, 2006.  Inadvertently, the order did not set a time for the filing of the supplemental response.  Accordingly, it is now

     ORDERED that the plaintiff's supplemental response will be filed on or before April 28, 2006.

     DATED: April 17th , 2006

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge

## CERTIFICATE OF MAILING

     I hereby certify that a copy of the Order Setting Time for Supplemental Response to Order to Show Cause and the Order Vacating Dismissal of Motion to Reconsider Magistrate Judge's Order were mailed to the following on April 17, 2006:

Gorsuch Kirgis, LLP  
Tower 1, Suite 1000  
1515 Arapahoe Street  
Denver, CO 80202

                                        GREGORY C. LANGHAM, Clerk

                                            s/Leslie A Martin  
                              By_____  
                                                Deputy