IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-01199-RPM

STEVEN M. BINGER,

    Plaintiff,

v.

ADVANCED PLUMBING & HEATING, INC.,

    Defendant.

_____

ORDER REQUIRING PRESENCE OF WESLEY B. HOWARD AND TO CONTINUE HEARING
_____

A hearing is scheduled for June 15, 2006, at 2:00 p.m. on the motion of Charles F. Brega on behalf of the dissolved law firm Brega & Winters, P.C., to reconsider the order of Magistrate Judge Boyd Boland assessing payment of $6,656.00 to Pro Plumbing LLC as a sanction for a motion to compel discovery which was filed and argued by Wesley B. Howard when he was employed at the Brega & Winters firm. On June 1, 2006, Wesley B. Howard filed a motion for clarification as to whether he is required to attend at that hearing in view of an order permitting his withdrawal as counsel. Because the sanction was for the conduct of Wesley Howard, his role in this matter as an officer of the court is relevant and his withdrawal from representation of the defendant is irrelevant. The motion requests that if his attendance is required, the hearing be continued because he will be absent from the country from June 9, 2006, through June 24, 2006. That is a reasonable request. It is therefore

ORDERED that Wesley B. Howard is required to be present at the hearing on

the motion to reconsider and it is

       FURTHER ORDERED that the date of the hearing is vacated and will be changed upon consultation with counsel by the Court's secretary.

       DATED: June 2nd , 2006

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge

CERTIFICATE OF MAILING

     I hereby certify that a copy of the foregoing order entered by Senior Judge Richard P. Matsch was mailed to the following on June 2, 2006:

Gorsuch Kirgis, LLP
Tower 1, Suite 1000
1515 Arapahoe Street
Denver, CO 80202

                GREGORY C. LANGHAM, Clerk

                    s/Leslie A Martin
        By_____
                    Deputy