IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-01199-RPM

STEVEN M. BINGER,

      Plaintiff,

v.

ADVANCED PLUMBING & HEATING, INC.,

      Defendant.
_____

ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE
_____

It appearing from the files and records in this action that there has been no response to the Order Setting Time for Supplemental Response to Order to Show Cause (Doc. #93) entered by this Court on April 17, 2006, it is

ORDERED that this case is dismissed for failure to prosecute.

DATED: July 6th, 2006

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge